IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 cr 27

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JONATHAN LOGAN. | ) | |
| | ) | |

**THIS MATTER** is before the undersigned pursuant to a motion filed by Defendant *pro se* entitled "Notice to Request to Change Appointed Counsel" (#11) and an Ex Parte Response to Defendant's "Motion to Change Appointed Counsel" and Motion to Withdraw as Counsel of Record (#12) filed by Defendant's attorney. At the call of this matter on for hearing it appeared that Defendant was present with his counsel, Frank A. Abrams, and the Government was present through Assistant United States Attorney Don Gast. After conducting a sealed conference with Defendant as shall appear in the sealed record, it appeared to the undersigned that Defendant wished to withdraw his request that substitute counsel be appointed. As a result, Defendant's Request to Change Appointed Counsel (#11) will be allowed to be withdrawn and denied.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Notice to Request to Change

1

Appointed Counsel (#11) and the Motion to Withdraw as Counsel (#12) of Frank A. Abrams are each considered to be **WITHDRAWN** and **DENIED.**

Signed: May 4, 2015

Dennis L. Howell
United States Magistrate Judge