**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00301-MR
[Criminal Case No. 1:15-cr-00027-MR-DLH-1]**

| | |
|---|---|
| JONATHAN C. LOGAN, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. 1].

Judgment was entered against the Petitioner in his underlying criminal action in this Court on March 29, 2016. [Criminal Case No. 1:15-cr-00027-MR-DLH-1 ("CR"), Doc. 34]. The Petitioner filed the pending motion to vacate in this Court on September 6, 2016. [CR Doc. 36]. On December 2, 2016, the Petitioner filed a Notice of Appeal with the Fourth Circuit Court of Appeals, and his appeal is currently pending. [CR Doc. 37]. Because the Petitioner's direct appeal is pending in the Fourth Circuit, his § 2255 motion to vacate is premature. The Court, therefore, will dismiss the motion to

vacate without prejudice to the Petitioner refiling the motion after resolution of his direct appeal.

**IT IS, THEREFORE, ORDERED** that the Petitioner's Motion to Vacate [Doc. 1] is **DISMISSED WITHOUT PREJUDICE** as premature.

**IT IS SO ORDERED.**

Signed: April 10, 2017

Martin Reidinger
United States District Judge