IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:15-cr-00027-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JONATHAN C. LOGAN, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's "Motion for Reconsideration of the Court's July 13, 2020 Denial Order" [Doc. 69].

The Defendant seeks reconsideration of the Order denying his motion for compassionate release. [Doc. 69]. Upon careful review of the Defendant's motion, the Court finds no basis to reconsider its prior Order. Accordingly, the Defendant's motion for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Reconsideration of the Court's July 13, 2020 Denial Order" [Doc. 69] is **DENIED**.

**IT IS SO ORDERED**.

Signed: August 25, 2020

Martin Reidinger
Chief United States District Judge